**Stephen L. Madkour**, OSB No. 941091
County Counsel
smadkour@clackamas.us
**Alexander Gordon**, OSB No. 822671
Assistant County Counsel
agordon@clackamas.us
Clackamas County, Oregon
2051 Kaen Road
Oregon City, OR  97045-1819
Telephone: 503-655-8362
Fax: 503-742-5397

**Of Attorneys for Defendants**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## Portland Division

| | |
|---|---|
| R. CHARLES PEARSON,<br><br>Plaintiff,<br><br>v.<br><br>CLACKAMAS COUNTY, a political subdivision of the State of Oregon, and CAMPBELL GILMOUR, individually and in his official capacity as Director of the Department of Transportation and Development,<br><br>Defendants. | Civil No. 3:12-CV-720-BR<br><br>JUDGMENT |

**JUDGMENT**

This action was decided by Judge Brown pursuant to Motions for Summary Judgment submitted by defendants Clackamas County and Campbell Gilmour. The OPINION AND ORDER of Judge Brown was rendered on August 12, 2013.

Page 1- PROPOSED JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's claims of age discrimination in violation of ORS § 659A.030 against Defendants Clackamas County and Campbell Gilmour are dismissed with prejudice.

2. Plaintiff's 42 U.S.C. § 1983 claims alleging violation of right to free speech under the First Amendment of the United States Constitution against Defendants Clackamas County and Campbell Gilmour are dismissed with prejudice.

3. Defendants may present a Bill of Costs and other relief pursuant to Fed.R.Civ.Pro. 54(d).

Dated this 22nd day of August, 2013.

_____
Honorable Anna J. Brown
United States District Judge

Submitted by:

Stephen L. Madkour, OSB No. 941091
Clackamas County Counsel
/s/ Alexander Gordon
Alexander Gordon, OSB No. 822671
Assistant County Counsel
E-mail: agordon@clackamas.us
OF ATTORNEYS FOR DEFENDANTS
CLACKAMAS COUNTY AND CAMPBELL GILMOUR

Page 2- PROPOSED JUDGMENT